ENTERED ON DOCKET
12/15/99 PURSUANT
TO FRCP RULES 58 & 79.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| JOSE A. MOLINA-NIEVES, | * |
| Petitioner, | * |
| v. | *  Civ. No. 98-1284(PG) |
|  | *  Cr. No. 96-0028(PG) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## JUDGMENT

The Court having approved and adopted the magistrate judge's report and recommendation that petitioner's motion under 28 U.S.C. § 2255 be denied, it is hereby

**ORDERED AND ADJUDGED** that petitioner's motion under 28 U.S.C. 2255 be **DISMISSED**.

San Juan, Puerto Rico, December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev. 8/82)